THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN J. HANNIGAN, Appellant.

*People* v. *Hannigan,* 42 App. Div. 617, affirmed.
(Argued October 26, 1899; decided November 21, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 23, 1899, affirming a judgment entered upon a verdict convicting the defendant of the crime of assault in the second degree.

*Jacob Rouss* and *Louis J. Grant* for appellant.

*Charles E. Le Barbier,* for respondent.

Order affirmed on opinion below.
All concur.

---

THOMAS RAY, an Infant, by THOMAS RAY, his Guardian ad Litem, Appellant, *v.* JAMES R. KEENE and FOXHALL KEENE, Respondents.

*Ray.*v. *Keene,* 19 App. Div. 147, affirmed.
(Argued October 27, 1899; decided November 21, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 6, 1897, affirming a judgment in favor of defendants entered upon a dismissal of the complaint at a Trial Term.

*Abram I. Elkus* and *Edward C. James* for appellant.

*Joseph Larocque* and *Joseph Larocque, Jr.,* for respondents.

Judgment affirmed, with costs; no opinion.
All concur, except PARKER, Ch. J., not sitting.